**Dismissed and Memorandum Opinion filed March 14, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00624-CV

---

**GERRY  LEE  WILLIAMS, Appellant**

**V.**

**CARLA E. HARRISON, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1180785**

---

### MEMORANDUM  OPINION

This appeal is from a judgment signed August 12, 2022. The clerk's record was filed October 10, 2022. No brief was filed.

On January 19, 2023, this court issued an order stating that unless appellant filed a brief on or before February 21, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Spain.